# EXHIBIT A

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | FEPA<br>EEOC XX | 420-2021-02405 |

*State or local Agency, if any* and EEOC

**NAME** (Indicate Mr., Ms., Mrs.): Patrick Bishop, Sr.
**HOME TELEPHONE** (Include Area Code): (205) 631-6301
**STREET ADDRESS**: PO Box 1644
**CITY, STATE AND ZIP CODE**: Gardendale, AL 35071
**SSN**: XXX-XX-3839
**DATE OF BIRTH**: 3/26/1972

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: City of Leeds
**NUMBER OF EMPLOYEES, MEMBERS**: 50+
**TELEPHONE** (Include Area Code): (205) 699-2585
**STREET ADDRESS**: 1400 9th St NE, Leeds, AL 35094
**COUNTY**: Jefferson

RECEIVED JUL 15 2021 E.E.O.C. BIRMINGHAM DISTRICT

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
- RACE [X]
- COLOR
- SEX
- RELIGION
- AGE
- RETALIATION
- NATIONAL ORIGIN
- DISABILITY
- OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA): 
LATEST (ALL): July 1, 2021

CONTINUING ACTION

My name is Patrick Bishop, Sr. I am a 49-year-old African American male. I was hired by the City of Leeds Police Department on June 22, 2021 as a police officer. I was sworn in with the City of Leeds as a police officer by Chief Jim Atkinson on June 29, 2021. I worked three shifts as a police officer on patrol in the City of Leeds between June 29, 2021 and July 1, 2021. During one shift, I executed a search warrant on a rape suspect in Alabaster, Alabama. On July 1, 2021, I was instructed by the City of Leeds not to return to work. This was after a City of Leeds staff member for the Mayor of Leeds, David Miller, a white male, asked for a copy of my driver's license, which showed my picture and my race. After providing a copy of my license, I was instructed not to return to my position as a police officer. Officer Jacob Turnbloom, a white male, was hired by the City of Leeds despite a past disciplinary history.

I believe I have been discriminated against due to my race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number

NOTARY - (When necessary for State and Local Requirements)

02405

and I will cooperate filling with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Date 15 July 2021   Charging Party (Signature)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

*[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

RECEIVED
JUL 15 2021
E.E.O.C.
BIRMINGHAM DISTRICT